972

No. 78–1195.  Tokheim et al. v. Blume.  Ct. App. Iowa. Certiorari denied.

No. 78–1197.  McGrath v. New York.  Ct. App. N. Y. Certiorari denied.

No. 78–1215.  Ball v. Board of Trustees of the Kerrville Independent School District et al.  C. A. 5th Cir. Certiorari denied.

No. 78–1232.  Collier v. Pennsylvania.  Super. Ct. Pa. Certiorari denied.

No. 78–1269.  Meadows v. O'Brien.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 78–1294.  Bonamo et al. v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 78–1307.  King et al. v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 78–1320.  Whitten v. United States; and
No. 78–6245.  Bright v. United States.  C. A. 5th Cir. Certiorari denied.  Reported below: 588 F. 2d 504.

No. 78–1326.  La Duca v. United States.  C. A. 3d Cir. Certiorari denied.

No. 78–1330.  Williams v. United States.  C. A. 5th Cir. Certiorari denied.

No. 78–1332.  Lyles v. United States.  C. A. 2d Cir. Certiorari denied.

No. 78–1340.  Jonas v. United States.  C. A. 7th Cir. Certiorari denied.

No. 78–1352.  Matthews v. United States.  C. A. 9th Cir.  Certiorari denied.